IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF SOUTH CAROLINA
*Pro Se* [Non-Prisoner] Complaint Form

|  |  |  |
|---|---|---|
| *Enter the full name of the plaintiff in this action* | ) | Civil Action No. _____ |
| | ) | *(to be assigned by Clerk)* |
| Nolan Corbitt and V.B.C | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| *Enter below the full name of defendant(s) in this* | ) | |
| *action.  If possible, please list only one defendant* | ) | |
| *per line.* | ) | |
| | ) | |
| | ) | |
| | ) | |
| Alice Branton | ) | |
| Mahendra Kumar Trivedi | ) | |
| Rhonda Cash | ) | |
| Denna Diaz | ) | |
| Ankra Marza | ) | |
| Marsha Karmark | ) | |
| James Robinson | ) | |
| Sckrant Patil | ) | |
| Trivedi Foundation | ) | |

*If allowed by statute, do you wish to have a trial by jury?*  Yes ☑    No ☐

## I.    PREVIOUS LAWSUITS

A.    *Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?*

Yes ☐    No ☑

1

B.   *If you answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.*

1.   *Parties to this previous lawsuit:*

*Plaintiff:* _____

*Defendant(s):* _____

2.   *Court:* _____
     *(If federal court, name the district; if state court, name the county)*

3.   *Docket Number:* _____

4.   *Name(s) of Judge(s) to whom case was assigned:* _____

5.   *Status of Case:* _____
     *(For example, was the case dismissed? Settled? Appealed? Still Pending?)*

6.   *Date lawsuit was filed:* _____

7.   *Date of disposition (if concluded):* _____

C.   Do you have any other lawsuits pending in the federal court in South Carolina?

Yes □     No □

## II.   PARTIES

*In Item A below, place your name and address in the space provided. Do the same for additional plaintiffs, if any.*

A.   Name of Plaintiff: Nolan Corbitt and V.B.C po bx 6661 Florence S.C 29502 ph nm 706-394-2767

Address: _____
*In Item B below, place the full name of the defendant; and his, her, or its address, in the space provided. Use Item C for additional defendants, if any.*

B.   Name of Defendant: Alice Branton 208 silver bluff rd Aiken SC 29802
     Mahendra Kumar Trivedi, James Robinson,Sckrant Patil, Marsha Karmark,Ankra Marza
     ,Trivedi foundation, 111 hayden rd suite 160 to 305 Scotts dale Az 85260

Rhonda Cash and Denna Diaz office of economic security 1717 w Jefferson room 119 site code 050a 1 Phoenix Az 85007

Address: _____

C.    *Additional Defendants (provide the same information for each defendant as listed in Item B above):*

## III.    STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the name(s) of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.*

(1)That Alice Branton, Mahendr Kumar Trivedi, james Robinson,Marsha Kramark, Ankra Marza Sckrant Patil, Rhonda Cash ,Denna Diaz et el with Trivedi foundation have conspired to imprison her V.B.C in the Trivedi foundation cult and communal house and indoctrinate her into the cult and its activities which is to include allegations that abound the cult thru a number of documented court cases and settlements and witnesses and words spoken from the Mouth of Alice Branton and 25 different witnesses that range from the sexual Assault of Madison Stracovich and Nichole Niljiblad and the sexual harrasmnet of and verbal assault of many female employees of trivedi foundation by Mahendra Trivedi Aka Guru Ji the leader of the Cult to wit with more allegations of money laundering and immigration fraud starting in the year 2009 when Mahendra Trivedi came to the United States from India until the present Oct 11 2012 these people have created an environment that is not conducive to the mental health and welfare of a child and they have conspired to keep and imprison V.B.C there under these conditions and have sought with a concerted effort to deprive V.B.C of her rights to a violence free living environment be imprisoned in that type of environment which is turns puts her at a signifgant risk of being neglected and abused by cult members or devotees that she has contact with on a daily basis.

2 That Alice Branton and Trivedi Foundation thru a concerted effort by intimidation have sought to suppress allegations of sexual assault and sexual harssmenment and money laundering and other allegation that surround the cult Trivedi foundation And it leader Mahedra Trivedi who Thru affidavits which puts V.B.C in constant contact cult members and put her at a contstant risk of abuse or neglect.

4

III.    STATEMENT OF CLAIM - *continued.*

3. That on or about jan 2012 to mar 2012 that Alice Branton placed V.BC in the communal house of the trivedi foundation knowing and suppressing herself allegation of cult leasder guru ji aka Mahendra Kumar Tivedi and it Sckrant Patil and others, ms branton was alerted by denna diaz and Rhonda cash that they were coming out to inspect they she needed to get into a place and make it look like a someone lived the she went to a trivedi owned property and with the help of 2 informants and sckranto patil spent 500 dollars to make the place look like a home we have witnesses that knew of the call and were there in the house with Ms Branton when you expressed her concerns about what Ms Cash and Ms Diaz told her.

4.That VBC was at all rituals that were performed by cult leader Mahendra Trivedi and was always in the hands of a male handler and was made to sit thru each blessing.

That she was left with different members of the cult and most times to wander the building by herself asking strangers to take her to the rest room and where is my mother.

## IV.    RELIEF.

*State briefly and exactly what you want this court to do for you.*

1.That a restraining order be issued that V.B.C not be allowed upon or around Trivedi foundation properties or it employees.

2.That there be a full investigation of Denna Diaz and Rhonda Cash of the Az dept. of economic security by the Federal Dept of justice because fraudlent documents concerning the welfare of a child were sent across state lines and  in what role they played in the depravation of the rights of V.B.C when they told Ms. Branton that she needed to make the condo look as though someone lived there , when they came  to inspect and that it looked like a home which in turn they were able to report  and send over state lines a fraudulent document to the state of S.C family court at which time they conspired to deprive VBC of a safe haven to live contrary to the allegations surrounding  the cult Trivedi foundation.

3.That Trivedi foundation and Mahendra trivedi pay for all future deprogramming  and psychiatric care for V.B.C in the amount of $ 1'000'000 dollars compensatory damages and punitive damages  for the rest of her life .

4.That Denna Diaz and Rhonda Cash give written letters of apology and pay the amount of $ 50'000 dollars each to Nolan Corbitt.

5.That Alice Branton give Nolan Corbitt a written letter of apology to Nolan Corbitt and V.B.C pay the sum of $ 200'000 dollars to Nolan Corbitt for compensatory damages and punitive damages to him.

6.That James Robinson, Ankra Marza, Sckrant Patil,Marsha Kramark pay the sum of $ pay the sum of 100,000 dollars each to V.B.C. for conspiring to imprison her in the Trivedi foundation communal house and cult by filling false statements.

***I declare under penalty of perjury that the foregoing is true and correct.***

Signed this _____12_____ day of __Oct__ , __12__ .

_____
Signature of Plaintiff

5