IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Nolan Corbitt and V.B.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:12-2967-TLW-SVH |
| ) | |
| Alice Branton, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

# ORDER

On October 12, 2012, the Plaintiff, Nolan Corbitt ("Plaintiff"), proceeding *pro se*, filed this civil action. (Doc. # 1).

The matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by Magistrate Judge Shiva V. Hodges to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* be denied. (Doc. # 11). Objections were due by November 19, 2012. Plaintiff has filed no objections to the Report.

The Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, the Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate

Judge's Report and Recommendation is **ACCEPTED**. (Doc. # 11). The Plaintiff's Motion for Leave to Proceed *In Forma Pauperis*, (Doc. # 2), is **DENIED**. The Plaintiff shall have thirty (30) days from the date of this Order to submit the required $350.00 filing fee. If the required fee is not paid within this time period, the matter will be dismissed.

    **IT IS SO ORDERED**.


November 27, 2012                                                             __s/Terry L. Wooten_____
Florence, South Carolina                                      United States District Judge